IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHAEL W. LENZ,

                                   Plaintiff,

v.                                          Civil Action Number 3:06CV430-JRS

GENE M. JOHNSON,
Director, Virginia Department of
Corrections, et al.,

                                   Defendants.

## **FINAL ORDER**

THIS MATTER comes before the Court on Plaintiff MICHAEL LENZ's Complaint filed pursuant to 42 U.S.C. § 1983, as well Defendants' Motion to Dismiss Lenz's Complaint. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss is hereby GRANTED, and Lenz's § 1983 Complaint is hereby DISMISSED.

Let the Clerk fax and send a copy of this Order to counsel for the parties.

It is SO ORDERED.

                                                            /s/   James R. Spencer
                                                    CHIEF UNITED STATES DISTRICT JUDGE

ENTERED this  25th  day of July 2006